**No. 65748.**—The May Department Stores Company *v.* United States, protest 59/10271 (Los Angeles).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of nylon wearing apparel similar in use to wool wearing apparel, valued over $4 per pound, and that the issue is the same as that involved in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 5, 1961

**No. 65749.**—M. W. Hardy & Co., Inc. *v.* United States, protest 60/26636 (New York).

Opinion by JOHNSON, J.   In accordance with oral stipulation of counsel that the drums are American goods returned and that all of the regulations have been complied with, the claim of the plaintiff was sustained.

**No. 65750.**—United China & Glass Co. *v.* United States, protest 59/6357 (San Francisco).

Opinion by JOHNSON, J.   In accordance with oral stipulation of counsel that the articles in question having a total value of $6,651 are subject to duty at 10 cents per dozen pieces and 25 percent ad valorem and that such articles having a total value of $2,007 are subject to duty at 10 cents per dozen pieces and 40 percent ad valorem under said paragraph 211, as modified, *supra*, the protest was sustained accordingly.